FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0080

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0080

FILED

AUG 1 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

TIMOTHY McKEON,                                    O R D E R

An Attorney at Law.

On February 19, 2021, a formal disciplinary complaint was filed against Montana attorney Timothy McKeon. The disciplinary complaint may be reviewed by any interested persons in the office of the Clerk of this Court.

On July 5, 2021, McKeon gave notice, pursuant to Rule 28(B) of the Rules for Lawyer Disciplinary Enforcement (MRLDE), that he is unable to assist in the defense of the disciplinary proceedings against him. As a result, McKeon acknowledges that he shall be transferred to disability/inactive status and the pending proceedings shall be deferred during the period of his inability to defend.

Therefore,

IT IS ORDERED that Timothy McKeon is transferred to disability/inactive status in the Bar of the State of Montana, and that these disciplinary proceedings are deferred while he is on disability/inactive status. McKeon is directed to provide notice of his change in status to his clients and others as required by MRLDE 30, and to arrange for the delivery to his clients of any papers or other property to which they are entitled.

IT IS FURTHER ORDERED that the Commission on Practice shall enter an order deferring these disciplinary proceedings during the period of McKeon's inability to defend pursuant to MRLDE 28(E).

IT IS FURTHER ORDERED that the Clerk of this Court shall serve a copy of this Order of Discipline upon McKeon personally.

The Clerk of this Court is further directed to provide copies of this Order to Disciplinary Counsel, the Office Administrator for the Commission on Practice, the Clerks of all the District Courts of the State of Montana, each District Court Judge in the State of Montana, the Clerk of the Federal District Court for the District of Montana, the Clerk of the Circuit Court of Appeals of the Ninth Circuit, and the Executive Director of the State Bar of Montana.

DATED this 10 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

Justice Jim Rice did not participate in the decision of this matter.

2